

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00439-CR

---

JOAQUIN AVALOS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 100th District Court
Hall County, Texas
Trial Court No. 4017, Honorable Dale A. Rabe, Presiding

---

January 29, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Joaquin Avalos, filed a notice of appeal from the trial court's purported "judgment rendered against him in this case." The trial court clerk, however, has notified this Court that Appellant's criminal case has yet to proceed to trial. Because no pronouncement of sentence or appealable order has been entered by the trial court, we have no jurisdiction over the appeal.[1] *See Thompson v. State,* 108 S.W.3d 287, 290

---

[1] By letter of December 21, 2023, we directed Appellant's counsel to show how this Court has jurisdiction over the appeal by January 4, 2024. Appellant's counsel did not respond to our letter and has

(Tex. Crim. App. 2003) (holding that there is no "conviction" to appeal before a sentence is rendered); *Saunders v. State*, No. 07-23-00237-CR, 2023 Tex. App. LEXIS 5410, at *1 (Tex. App.—Amarillo July 25, 2023, no pet.) (per curiam) (mem. op., not designated for publication) (dismissing premature appeal, where sentencing had yet to occur, for want of jurisdiction).

Accordingly, this appeal is dismissed for want of jurisdiction.

Per Curiam

Do not publish.

had no further communication with this Court to date. The trial court clerk has since reaffirmed that Appellant's case is still pending and no judgment has been entered.